Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER BREWER,           ) | Case No.: 1:06-CV-00435 DLB |
| Plaintiff,              ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v.                      ) | |
| JO ANNE B. BARNHART,    ) | |
| Commissioner of Social Security Administration, ) | |
| Defendant.              ) | |

Based upon the stipulation of the parties, and for cause shown, IT IS ORDERED that the time for Plaintiff to file an opening brief, pursuant to the Scheduling Order ("Order"), is extended to January 18, 2007; and that all other scheduling dates set forth in the Order are extended accordingly.

Date: 12/27/2006                    /s/ *Dennis L. Beck*
                                    U.S. Magistrate Judge