```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, SBOT 17479500
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8978
    Facsimile:  (415) 744-0134
    E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ROGER BREWER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:06-CV-00435 DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from February 20, 2007, to February 27, 2007.

    This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time due to the fact that Defendant has just returned from being away from the office on approved two weeks' leave and has a heavy case load.

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: February 16, 2007 | /s/ Marc V. Kalagian<br>(As authorized via telephone)<br>MARC V. KALAGIAN<br>Attorney for Plaintiff |
| Dated: February 20, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Sarah Ryan<br>SARAH RYAN<br>Special Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:   February 20, 2007**            **/s/ Dennis L. Beck**
9b0hie                                    UNITED STATES MAGISTRATE JUDGE